UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAROLYNN L. HARDIN,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-5847 RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

      (1)     Plaintiff shall be issued summonses.

      (2)     Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

      DATED this 26th day of August, 2020.

                                                       BRIAN A. TSUCHIDA
                                                       Chief United States Magistrate Judge