1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| CAROLYNN L HARDIN, | Civil No. 3:20-CV-05847-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including February 22, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible.

Page 1    ~~PROPOSED~~ ORDER - [3:20-CV-05847-RAJ]

1
2   If the Commissioner is unable to file the certified administrative record by that
3   date, the Commissioner shall file another motion for extension every 28 days until the
4   certified administrative record becomes available.
5
    DATED this 26th day of January, 2021.
6
7   *Richard A. Jones* (signature)
    _____
8   The Honorable Richard A. Jones
    United States District Judge
9
10
11
    _____
12
13
14
15
16
17
18
19
20
21
22
23
24